851 F.2d 1501
 271 U.S.App.D.C. 274
 Unpublished Disposition
NOTICE: D.C. Circuit Local Rule 11(c) states that unpublished orders, judgments, and explanatory memoranda may not be cited as precedents, but counsel may refer to unpublished dispositions when the binding or preclusive effect of the disposition, rather than its quality as precedent, is relevant.
Rodney PATTERSON, Appellant,
v.
James E. PALMER, Director, Department of Corrections, et al.
 No. 86-7109.
 United States Court of Appeals, District of Columbia Circuit.
 May 18, 1988.
 
 Before MIKVA, D.H. GINSBURG and SENTELLE, Circuit Judges.
 JUDGMENT
 PER CURIAM.
 
 
 1
 This case was considered on the record on appeal from the United States District Court for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for a published opinion. See D.C.Cir. Rule 14(c). It is
 
 
 2
 ORDERED and ADJUDGED by the court that the district court's order filed May 20, 1986 be affirmed on the ground of res judicata. The issue of appellant's transfer was finally decided in Patterson v. Lindsay, Civil Action No. 84-2896 (D.D.C. June 14, 1985) (denying motion to reopen).
 
 
 3
 The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely request for rehearing. See D.C.Cir. Rule 15.